## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Demetric

Printed: 01/22/09

| | |
|---|---|
| Case Number: 08 B 21415 |
| Judge: Squires, John H |
| Filed: 8/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: December 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiFinancial Auto Credit Inc | Secured | 17,947.00 | 0.00 |
| 2. | CitiFinancial Auto Credit Inc | Unsecured | 7.93 | 0.00 |
| 3. | Sallie Mae | Unsecured | 1,858.97 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 133.21 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 5.00 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 6.44 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 13.37 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 28.71 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 156.45 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 39.48 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 36.24 | 0.00 |
| 12. | Taylor Bean And Whitaker Mortgage Compan | Secured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | American Credit Collection | Unsecured | | No Claim Filed |
| 16. | American Credit Collection | Unsecured | | No Claim Filed |
| 17. | Credit Management Co. | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Commonwealth Financial | Unsecured | | No Claim Filed |
| 20. | Absolute Collect Svc | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | $ 20,232.80 | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Demetric

Printed: 01/22/09

Case Number:  08 B 21415

Judge:  Squires, John H

Filed:  8/14/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
|          | $ 0.00     |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

